William C. Johnson, Jr., Esq.,
D.C. Bar #470314
Attorney for Debtor
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@JohnsonLG.Law
Telephone: 202-525-2958

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                          *

    Uptown Holdings, LLC              *          Case No. 24-00060

               Debtor(s).          *          (Chapter 11)

_____          *

## NOTICE OF OPPORTUNITY TO OBJECT

**PLEASE TAKE NOTICE:**

    **PURSUANT TO LBR 2002-1, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE**, you must file and serve a written opposition to the Application to Employ Counsel and a proposed order under Local Bankruptcy Rule 9072-1.  The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave. NW, Washington, D.C. 20001, and served (by delivery or mailing of copies) upon the undersigned.  The opposition may append affidavits and documents you wish to attach in support of your opposition.

    **IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY GRANT THE APPLICATION OF ALLOWANCE TO EMPLOY COUNSEL IN THE MANNER SOUGHT BY THE APPLICATION WITHOUT A HEARING**. You may file and serve with or include in the opposition a request for hearing which may be held in the Court's discretion.

March 6, 2024                    ***/s/ William C. Johnson, Jr.***
                                     William C. Johnson, Jr., Esq.
                                     Fed Bar No. 470314
                                     6305 Ivy Lane
                                     Suite 630
                                     Greenbelt, Maryland 20770
                                     (301) 477-3450
                                     (202) 525-2958
                                     Fax (301) 477-4813
                                     William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of March 6, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

March 6, 2024                    _/s/ **William C. Johnson, Jr.**_
                                 William C. Johnson, Jr., Esq.