```
Label Matrix for local noticing          Child Support Services Division           D.C. Office of Tax and Revenue
0090-1                                   Office of the Attorney General            Bankruptcy Division
Case 24-00060-ELG                        Judiciary Square 441 4th Street, NW       1101 4th Street SW
United States Bankruptcy Court for the Distri  5th Floor                           Washington, DC 20024-4457
Washington, D.C.                         Washington, DC 20001
Wed Mar  6 23:05:16 EST 2024

D.C. Unemploy. Comp. Board               DC Unemploy. Comp. Board                  District Unemployment Compensation Board
6th and Penna. Ave., N.W.                609 H St., NE                             4058 Minnesota Ave., NE
Washington, DC 20001-2106                Room 3530367                              4th Floor
                                         Washington, DC 20002-7184                 Washington, DC 20019-3540


Internal Revenue Service                 Ofc of Corp. Counsel                      Office of Attorney General
P.O. Box 7346                            1 Judiciary Sq.                           Tax, Bankruptcy, and Finance
Philadelphia, PA 19101-7346              441 4th St., N.W.                         One Judiciary Square
                                         6th Fl. North, Ste 1060                   441 4th Street, NW
                                         Washington, DC 20001-2714                 6th Floor
                                                                                   Washington, DC 20001-2714

Secretary of the Treasury                Securities and Exchange Commission        U.S. Attorney's Office
15th and Pennsylvania Aveneu, NW         Atlanta Regional Office                   Civil Division
Washington, DC 20220-0001                Office of Reorganization                  601 D Street, NW
                                         950 East Paces Ferry Road NE, Ste. 900    Washington, DC 20530-0034
                                         Atlanta, GA 30326-1382


U.S. Environmental Protection Agency     Uptown Holdings, LLC                      WCP Fund I LLC
US EPA Region 3                          3823 Pope Street, SE                      c/o Maurice B. VertSandig, Esq.
Attn: Bettina Dunn, Paralegal Specialist Washington, DC 20020-2357                 The VerStandig Law Firm, LLC
Office of Regional Counsel                                                         1452 W. Horizon Ridge Pkwy
1650 Arch Street (3RC60)                                                           #665
Philadelphia, PA 19103-2029                                                        Henderson, NV 89012-4422

Washington, D.C.                         DC Office of Tax Revenue                  DC Water and Sewer Authority
E. Barrett Prettyman U. S. Courthouse    1101 4th St SW                            P.O. Box 97200
333 Constitution Ave, NW #1225           #270                                      Washington, DC 20090-7200
Washington, DC 20001-2802                Washington, DC 20024-4457


Drazin Pardo, LLC                        Freddie Benjamin                          Goldon Flour
Russell S. Drazin, Esquire               1759 Lang Place, NE                       441 Kennedy Street, NW
4400 Jenifer Street, NW                  Washington, DC 20002-3025                 Washington, DC 20011-6505
Suite 2
Washington, DC 20015-2089


(p)INTERNAL REVENUE SERVICE              U. S. Trustee for Region Four             WCP Fund  I, LLC
CENTRALIZED INSOLVENCY OPERATIONS        U. S. Trustee's Office                    Washington Capital Fund
PO BOX 7346                              1725 Duke Street                          8401 Greensboro Drive
PHILADELPHIA PA 19101-7346               Suite 650                                 Suite 960
                                         Alexandria, VA 22314-3489                 Mc Lean, VA 22102-5149


WCP Fund I LLC                           Carlyn Winter Prisk                       William C. Johnson Jr.
c/o The VerStandig Law Firm, LLC         US Environmental Protection Agency        The Johnson Law Group, LLC
1452 W. Horizon Ridge Pkwy, #665         Region III (3HS62)                        6305 Ivy Lane,
Henderson, Nevada 89012-4422             1650 Arch St.                             Suite 630
                                         Philadelphia, PA 19103-2029               20770
                                                                                   Greenbelt, MD 20770-1465
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Services
31 Hopkins Plaza
Baltimore, MD 21201

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26