The order below is hereby signed.

Signed: April 3 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                    *
    Uptown Holdings, LLC            *    Case No. 24-00060
        Debtor.                      *    (Chapter 11)
_____*

## ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

On the Application of the debtor Uptown Holdings, LLC for authority to employ counsel, it appearing to the Court that the employment of William C. Johnson, Jr., Esq. as counsel to the debtor Uptown Holdings, LLC on the terms proposed in the Application is appropriate and reasonable, and it appearing that Mr. Johnson is a "disinterested person" and is qualified to serve in that capacity, and the Court noting that Mr. Johnson's retention will not burden the estate, it is hereby ORDERED that said Application BE and hereby IS GRANTED and that the employment of Mr. Johnson on the terms set forth in the Application is hereby AUTHORIZED AND APPROVED.  IT IS FURTHER ORDERED; All Compensation shall be subject to further Order of the Court on proper application.

I ASK FOR THIS:                                    SEEN:

*/s/ William C. Johnson, Jr.*                      */s/ Kristen S. Eustis*

1

The Johnson Law Group, LLC  
William C. Johnson, Jr., Esq.  
6305 Ivy Lane  
Suite 630  
Greenbelt, Maryland 20770  
Counsel for Debtor  

Office of the U.S. Trustee  
Kristen S. Eustis, Esq.  
1725 Duke Street  
Suite 650  
Alexandria, VA 22314  
Counsel for United States Trustee  

Copies to:

The Johnson Law Group, LLC  
William C. Johnson, Jr., Esq.  
6305 Ivy Lane  
Suite 630  
Greenbelt, Maryland 20770  

Office of the U.S. Trustee  
1725 Duke Street  
Suite 650  
Alexandria, VA 22314  

All creditors on Mailing Matrix

**End of Order**