The order below is hereby signed.

Signed: April 3 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
|    Uptown Holdings, LLC | * | Case No. 24-00060 |
|       Debtor. | * | (Chapter 11) |
| _____ | * | |

**ORDER AUTHORIZING DEBTOR TO
EMPLOY COUNSEL**

On the Application of the debtor Uptown Holdings, LLC for authority to employ counsel, it appearing to the Court that the employment of William C. Johnson, Jr., Esq. as counsel to the debtor Uptown Holdings, LLC on the terms proposed in the Application is appropriate and reasonable, and it appearing that Mr. Johnson is a "disinterested person" and is qualified to serve in that capacity, and the Court noting that Mr. Johnson's retention will not burden the estate, it is hereby ORDERED that said Application BE and hereby IS GRANTED and that the employment of Mr. Johnson on the terms set forth in the Application is hereby AUTHORIZED AND APPROVED.  IT IS FURTHER ORDERED; All Compensation shall be subject to further Order of the Court on proper application.

I ASK FOR THIS:                                                                  SEEN:

***/s/ William C. Johnson, Jr.***                                         ***/s/ Kristen S. Eustis***

1

| | |
|---|---|
| The Johnson Law Group, LLC | Office of the U.S. Trustee |
| William C. Johnson, Jr., Esq. | Kristen S. Eustis, Esq. |
| 6305 Ivy Lane | 1725 Duke Street |
| Suite 630 | Suite 650 |
| Greenbelt, Maryland 20770 | Alexandria, VA 22314 |
| Counsel for Debtor | Counsel for United States Trustee |

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

**End of Order**

United States Bankruptcy Court

District of Columbia

In re:      Case No. 24-00060-ELG

Uptown Holdings, LLC      Chapter 11

Uptown Holdings, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2

Date Rcvd: Apr 03, 2024      Form ID: pdf001      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 775990 | + | DC Water and Sewer Authority, P.O. Box 97200, Washington, DC 20090-7200 |
| 775991 | + | Drazin Pardo, LLC, Russell S. Drazin, Esquire, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| 775992 | + | Freddie Benjamin, 1759 Lang Place, NE, Washington, DC 20002-3025 |
| 775993 | + | Goldon Flour, 441 Kennedy Street, NW, Washington, DC 20011-6505 |
| 775995 | + | WCP Fund I, LLC, Washington Capital Fund, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |
| 776042 | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 775989 | + | Email/Text: angela.coleman@dc.gov | Apr 03 2024 22:16:00 | DC Office of Tax Revenue, 1101 4th St SW, #270, Washington, DC 20024-4457 |
| 775994 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2024 22:16:00 | Internal Revenue Services, 31 Hopkins Plaza, Baltimore, MD 21201 |
| 776639 | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 03 2024 22:16:00 | U.S.Trustee, 1725 Duke St., Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Apr 03, 2024 Form ID: pdf001 Total Noticed: 9

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Debtor In Possession Uptown Holdings LLC wcjjatty@yahoo.com, wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 4