The order below is hereby signed.

Signed: April 10 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                              *
    Uptown Holdings, LLC         *       Case No. 24-00060
        Debtor(s).            *       (Chapter 11)
                                    *
_____  *

## ORDER GRANTING APPLICATION
## TO RETAIN REALTORS FOR THE ESTATE

This case came before the Court on the Debtor's Application to Retain Eboneese Thompson and the firm of Thompson Premier Homes Group(collectively "Realtors"), as Realtors for the bankruptcy estate of debtor Uptown Holdings, LLC for the purpose of selling 441 Kennedy St. NW, Washington, D.C. 20011.  The Court being satisfied that the Realtors represent no interest adverse to the debtor or the bankruptcy estate, that the Realtors and disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED,** that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED**, pursuant to 11 U.S.C. §327(a), that debtor Uptown Holdings, LLC be, and it is hereby is authorized to employ the Realtors as realtors for the purposes identified in the debtor's Application; and it is

**FURTHER ORDERED** that all compensation shall be subject to further order of the court.

I ASK FOR THIS:

**/s/ William C. Johnson, Jr.**
The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
Counsel for Debtor

SEEN:

**/s/ Kristen S. Eustis**
Office of the U.S. Trustee
Kristen S. Eustis, Esq.
1725 Duke Street
Suite 650
Alexandria, VA 22314
Counsel for United States Trustee

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

U.S. Trustee's Office
1725 Duke St.
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

The Notice of Electronic filing indicates that Notice was electronically mailed to all parties.

**End of Order**

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00060-ELG

Uptown Holdings, LLC  Chapter 11

Uptown Holdings, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Apr 10, 2024      Form ID: pdf001      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 775990 | + | DC Water and Sewer Authority, P.O. Box 97200, Washington, DC 20090-7200 |
| 775991 | + | Drazin Pardo, LLC, Russell S. Drazin, Esquire, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| 775992 | + | Freddie Benjamin, 1759 Lang Place, NE, Washington, DC 20002-3025 |
| 775993 | + | Goldon Flour, 441 Kennedy Street, NW, Washington, DC 20011-6505 |
| 775995 | + | WCP Fund I, LLC, Washington Capital Fund, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |
| 776042 | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 775989 | + | Email/Text: angela.coleman@dc.gov | Apr 10 2024 22:09:00 | DC Office of Tax Revenue, 1101 4th St SW, #270, Washington, DC 20024-4457 |
| 775994 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2024 22:09:00 | Internal Revenue Services, 31 Hopkins Plaza, Baltimore, MD 21201 |
| 776639 | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 10 2024 22:09:00 | U.S.Trustee, 1725 Duke St., Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 10, 2024 | Form ID: pdf001 | Total Noticed: 9

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Debtor In Possession Uptown Holdings  LLC wcjjatty@yahoo.com, wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 4