The order below is hereby signed.

Signed: May 23 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-58-ELG |
| | ) | (Chapter 11) |
| NATIVE WASHINGTONIAN, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 24-59-ELG |
| | ) | (Chapter 11) |
| ACTUARIAL ESTATE, PLLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 24-60-ELG |
| | ) | (Chapter 11) |
| UPTOWN HOLDINGS, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**<u>ORDER DISMISSING CASES WITH PREJUDICE</u>**

Upon consideration of the U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case (the "Motion," as found at DE #16 in the matter of *In re Actuarial Estate, PLLC*, DE #16 in the matter of *In re Native Washingtonian, LLC*, and DE #18 in the matter of *In re Uptown Holdings, LLC*), the joinder of WCP Fund I LLC thereto, the opposition of each debtor thereto, the records

in each of the three above-captioned cases, and controlling law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that each of the three above-captioned cases be, and hereby is, DISMSISED WITH PREJUDICE; and it is further

ORDERED, that any petition pursuant to Section 301 of Title 11 of the United States Code, filed by (i) Actuarial Estate, PLLC; (ii) Native Washingtonian, LLC; and/or (iii) Uptown Holdings, LLC shall be void, and of no effect, regardless of the court in which said petition is filed, if filed within ninety (90) calendar days of the date of this order; and it is further

ORDERED, that should any of the above-named debtors be subject to an involuntary petition for relief under Section 303 of Title 11 of the United States Code within ninety (90) days of the date of this order, the automatic stay set forth in Section 362 of Title 11 of the United States Code shall not become effective in connection with said bankruptcy case(s).

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*